UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 13-2274 as

☑ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE CO.

_____ as the
(party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

/s/ Walter E. Brock, Jr.
(signature)

Walter E. Brock, Jr.                       919-782-6860
Name (printed or typed)                    Voice Phone

Young Moore and Henderson, P.A. ,          919-782-6753
Firm Name (if applicable)                  Fax Number

PO Box 31627

Raleigh, NC 27622                          web@ymh.com
Address                                    E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 11/1/13 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| |
|---|
| Brad Risinger, Esq., Eric Snider, Esq.<br>Smith Moore Leatherwood LLP<br>434 Fayetteville St., Suite 2800<br>Raleigh, NC 27601<br>Brad.Risinger@smithmoorelaw.com<br>Eric.Snider@smithmoorelaw.com |
| Amir H. Alavi, Esq., Demetrios Anaipakos, Esq.<br>Ahman Zavitsano Anaipakos Alavi Mensing<br>1221 McKinney St.<br>Houston, TC 77101<br>aalavi@azalaw.com<br>danaipakos@azalaw.com |

/s/ Walter E. Brock, Jr.                                            11/1/13
Signature                                                            Date

11/17/2011
SCC

[ Print ]  [ Save ]  [ Reset Form ]